608

456 A.2d 1087

Yingling, Appellant v. Herndon.
Petition for Allowance of Appeal
Denied June 2, 1983.

Argued October 13, 1982. James Cole, for appellant; Lee A. Montgomery, for appellee.

Before WIEAND, BECK and MONTGOMERY, JJ.

Judgment affirmed.

February 11, 1983.

456 A.2d 1087

Atlantic Equip. Leasing Co., Inc. v. Stoddard, Appellant.

Argued December 15, 1981. Michael P. McIntyre, for appellant; Alan B. Ziegler, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.

456 A.2d 1087

Commonwealth v. Anderson, Appellant.
Petition for Allowance of Appeal Denied April 18, 1984.

Submitted September 14, 1982. George Gershenfeld, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Leonard A. Ivanoski is affirmed.

456 A.2d 1088

Commonwealth v. Anderson, Appellant.

Argued October 12, 1982. Clifford J. Kirvan, for appellant; Joseph E. Altomare, for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and BECK, JJ.

Case transferred to Commonwealth Court.

456 A.2d 1088

Commonwealth v. Banks, Appellant.
Petition for Allowance of Appeal
Denied June 6, 1983.